DANIEL J. HYNES, Appellant, v. LA GERARDINE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Hagarty, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents upon the ground that there was a question of fact for consideration by the jury as to whether or not defendant furnished plaintiff a reasonably safe place to work.

MARTHA ISACOFF, Also Known as MASCHA ISACOFF, Appellant, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, in Charge of GLOBE BANK AND TRUST COMPANY, in Liquidation, and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of MARY EGAN to Prove the Last Will and Testament of ANNIE C. LINDOU, Also Known as ANNIE COSGROVE, Late of the County of Kings, Deceased, Respondent. CHARLES I. LINDOU and Others, Appellants.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, reversed on the law and a new trial ordered, with costs to appellants, payable out of the estate, to abide the event. Dr. Staffer did not qualify as an alienist; therefore, his testimony was erroneously received. He could not legally testify as to the mental competency of the decedent. (Wyse v. Wyse, 155 N. Y. 367; Matter of McCullough, 226 App. Div. 680.) Lazansky, P. J., Carswell and Scudder, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, ex rel. H. FRAZER KAMMEYER, Appellant, for a Peremptory Mandamus Order against ROBERT G. ANDERSON and Others, as Members of the Town Board of the Town of Hempstead, Respondents.— Order denying the application for a peremptory order of mandamus unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion, on authority of Ashton v. City of Rochester (133 N. Y. 187); Peoples Gas & Electric Co. v. City of Oswego, No. 1 (207 App. Div. 134); Freeman Judgments [5th ed.], p. 956.) Appellant failed to intervene in the Flannery proceeding. Appeal from order denying motion for resettlement dismissed. In reaching a conclusion in this case we assume the petition presented to the town board was in due order. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Accounts of Proceedings of MARGUERITE SOCKIN, as Executrix, etc., of GEORGE L. SOCKIN, Deceased, Respondent; LEO G. GOLDBERG, Claimant, Appellant.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, unanimously affirmed, with costs against appellant personally. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

MARIE JOHNSEN, Appellant, v. STATEN ISLAND HOSPITAL, INC., Respondent.— Judgment affirmed, with costs. No opinion. Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote for reversal and a new trial on the ground that there was a question to be submitted to the jury as to whether a defective condition of the linoleum was a proximate cause of the plaintiff having slipped.